UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

| | |
|---|---|
| GUCCI AMERICA, INC., | |
| Plaintiff, | Case No. 1:23-cv-10247-GHW-JLC |
| v. | |
| CENTURY 21 USA LLC; CENTURY 21 DEPARTMENT STORES, LLC; and DOES 1-10, | **NOTICE OF APPEARANCE** |
| Defendants. | |

------------------------------------------------------

PLEASE TAKE NOTICE that the undersigned appears as attorney for Defendant Century 21 USA LLC herein, and requests that copies of all papers in this action be served on him at the address stated below.

Dated: New York, New York
December 15, 2023

Respectfully submitted,

COWAN, LIEBOWITZ & LATMAN, P.C.

By: /s/ Adam Siegartel
Adam Siegartel (ads@cll.com)
114 West 47th Street
New York, NY  10036-1525
(212) 790-9200

*Attorneys for Defendant Century 21 USA LLC*